

ORIGINAL

**FILED**

09/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0321

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0321

ROBERT MANN,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

FILED

SEP 2 7 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

### O R D E R

The record was filed for purposes of this appeal on June 30, 2022. Nothing further was filed, and on August 17, 2022, this Court ordered that Appellant prepare, file, and serve the opening brief no later than September 19, 2022. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to Robert Mann and to all counsel of record.

DATED this 27th day of September, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices